UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:13-cr-496-T-17AEP

ROBERT EARL TAYLOR

### FORFEITURE MONEY JUDGMENT

The United States of America moves, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2), for a forfeiture money judgment against defendant Robert Earl Taylor in the amount of $107,149.00, representing the amount of proceeds he obtained as a result of the conspiracy charged in Count One of the Indictment.

Being fully advised of the relevant facts, the Court finds that defendant Robert Earl Taylor obtained $107,149.00 in proceeds from the conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1343, to file false and fraudulent individual tax returns, in violation of 18 U.S.C. § 287, and to steal government funds belonging to the United States Treasury, in violation of 18 U.S.C. § 641, all in violation of 18 U.S.C. § 371, as charged in Count One of the Indictment.

Accordingly, it is **ORDERED** that the motion of the United States is GRANTED.

It is FURTHER ORDERED that, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the defendant is liable for a forfeiture money judgment in the amount

of $107,149.00. This is a final order of forfeiture as to defendant Robert Earl Taylor.

The Court retains jurisdiction to enter any further order necessary for the forfeiture and disposition of any substitute assets that the United States is entitled to seek under 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), up to and including the amount of the forfeiture money judgment, and to adjudicate any third party claims that may be asserted.

**ORDERED** in Tampa, Florida, January _15th_, 2015.

_____
ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties/Counsel of Record

2